THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| VERONICA STENULSON and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>ROI SOLUTIONS, LLC,<br><br>  Defendant. | **ORDER DENYING [15] DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING AS MOOT [23] PLAINTIFF'S RULE 56(d) MOTION TO CONTINUE; AND GRANTING [18] PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION**<br><br>Case No. 2:20-CV-00614-DBB<br><br>District Judge David Barlow |

Before the court are the following motions: Defendant's Motion for Summary Judgment,[1] Plaintiff's Motion for Conditional Certification,[2] and Plaintiff's Rule 56(d) Motion to Continue Defendant's Motion for Summary Judgment.[3] The court considered the briefing, relevant law, and oral argument presented on September 24, 2021.

For the reasons stated on the record, Defendant's motion for summary judgment is denied, and Plaintiff's Rule 56(d) motion is denied as moot. Plaintiff's motion for conditional certification is granted. The conditionally certified collective action includes "all hourly call-center employees who were employed by ROI Solutions, LLC in the United States from September 22, 2018 to present."

---

[1] ECF No. 15, filed December 4, 2020.

[2] ECF No. 18, filed December 14, 2020.

[3] ECF No. 23, filed January 4, 2021.

The parties are instructed to meet and confer and submit a stipulated notice to Magistrate Judge Bennett within thirty days. Discovery is currently limited to only that which pertains directly to Ms. Stenulson's claims against ROI.

Signed September 24, 2021.

                                                BY THE COURT

                                                _____
                                                David Barlow
                                                United States District Judge