THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| VERONICA STENULSON and MERRILL LOWE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROI SOLUTIONS, LLC,<br><br>Defendant. | **ORDER APPROVING [143] PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>Case No. 2:20-cv-00614-DBB-JCB<br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

Before the court is Plaintiffs' Unopposed Motion for Approval of FLSA Settlement.[1] Having concluded that the litigation involves a bona fide dispute, the proposed settlement is fair and equitable to all parties concerned, and the attorneys' fee award is reasonable because it is inclusive of litigation costs and there are significant unreimbursed expenses, the court approves the proposed settlement. The court instructs the parties to move to dismiss this case within 60 days of the entry of this order.

Signed October 11, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 143, filed Sept. 30, 2022.

1